UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 20-156 |
| v. | **DETENTION ORDER** |
| HANZEL JOHN KNIGHT, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense that allegedly occurred while he was on federal supervised release for an earlier drug trafficking conviction. He presented no argument for release.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1  (2)     Defendant shall be afforded reasonable opportunity for private consultation with

2  counsel;

3  (3)     On order of a court of the United States or on request of an attorney for the

4  Government, the person in charge of the correctional facility in which Defendant is confined

5  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6  connection with a court proceeding; and

7  (4)     The Clerk shall provide copies of this order to all counsel, the United States

8  Marshal, and to the United States Probation and Pretrial Services Officer.

9  DATED this 8th day of April, 2020.

10

11  _____
   BRIAN A. TSUCHIDA
12  Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2